UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KADIJA A. WEDAY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-01595-RSM-JRC<br><br>ORDER TO SHOW CAUSE REGARDING JOINT STATUS REPORT |

This matter is before the Court on referral from the District Court. *See* Dkt. 5. On January 27, 2022, the Court ordered the parties to submit a joint status report by March 10, 2022. *See* Dkt. 7. The parties have not filed a joint status report or requested an extension of the deadline to file. Accordingly, the parties are ordered to show cause why they have not complied with the Court's Order or to file their joint status report by **May 13, 2022.**

Dated this 3rd day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE REGARDING JOINT
STATUS REPORT - 1