UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KADIJA A. WEDAY, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>          Defendants. | CASE NO. 2:21-cv-01595-RSM-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

    This matter is before the Court on referral from the District Court (Dkt. 5) and on the parties' stipulated motion to stay. Dkt. 16. The parties inform the Court that plaintiffs' requested interviews are currently scheduled at the U.S. Consulate in Addis Ababa, Ethiopia, on June 15, 2022, which may render this action moot. *Id.* Accordingly, the Court finds good cause and stays the proceedings for sixty days. The parties shall submit a joint status report on July 11, 2022.

    Dated this 11th day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge