UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KADIJA A. WEDAY, *et al.*,

         Plaintiffs,

v.

ALEJANDRO MAYORKAS, *et al.*,

         Defendants.

CASE NO. 2:21-cv-01595-RSM-JRC

ORDER EXTENDING STAY

    This matter is before the Court on referral from the District Court (Dkt. 5) and on the parties' stipulated motion to extend the stay for 60 days. *See* Dkt. 18. The Court previously stayed the matter pending plaintiffs' immigration interviews, which may render the action moot. *See* Dkt. 17. The Court ordered the parties to provide a joint status report by July 11, 2022. *See id.* The parties now inform the Court that plaintiffs' June 15, 2022 interviews were rescheduled to August 1, 2022 due to a COVID-19 surge at the U.S. Consulate in Addis Ababa, Ethiopia. *See id.* Thus, the parties request that the matter be stayed an additional 60 days. *See id.*

1 　　　　The Court finds good cause and grants the parties' stipulated motion. The parties shall
2 submit a joint status report by September 9, 2022.
3 　　　　Dated this 13th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge