1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Chief Judge Ricardo S. Martinez
Chief Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KADIJA A. WEDAY, *et al.*, | Case No. 2:21-cv-01595-RSM-JRC |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| ALEJANDRO N. MAYORKAS, Secretary of tthe Department of Homeland Security, *et al.*, | Note on Motion Calendar: August 15, 2022 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case. Plaintiffs brought this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel Defendants to adjudicate Plaintiffs' I-730 petitions for derivative asylum status. Dkt. No. 1. Based on the approved I-730, Refugee/Asylee Relative Petitions, the State Department interviewed Plaintiffs Mahmud O. Bilal, Eliyas M. Yusuf, and Arafat M. Yusuf, and travel documents have been issued. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01595-RSM-JRC
PAGE– 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Stipulated to and presented this 15th day of August, 2022.

| | |
|---|---|
| O'SULLIVAN LAW OFFICE | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Jane O'Sullivan*<br>JANE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue S.E., 2nd Floor<br>Olympia, WA 98501<br>Phone: 360-637-3574<br>Email: jane@osullivanlawoffice.com<br><br>*Counsel for Plaintiffs* | *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT<br>NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Ste 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01595-RSM-JRC
PAGE– 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 16th day of August, 2022.

                                             _____
                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-01595-RSM-JRC
PAGE– 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800